**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

WADE                                                                      CIVIL ACTION

VERSUS                                                                    19-726-SDD-SDJ

LOUISIANA STATE, INC., ET AL.

**<u>RULING</u>**

The Court, after carefully considering the *Motions*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Scott D. Johnson, dated July 27, 2020, to which no objection has been filed, hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion to Dismiss*[3] filed by EFCU Federal Financial Credit Union/State Entity, Jon Ann Giblin, McGlinchey Stafford, Mary Terrel Joseph is hereby GRANTED and the *Motion to Dismiss*[4] filed by 19th Judicial District Court, Tina J Kimble, Louisiana State, Inc., William A Morvant, Lyonne Myles, Zachary City Court/Entity Inc. is hereby GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff's *Complaint* is hereby DISMISSED in its entirety.

---

[1] Rec. Docs. 25 and 32.
[2] Rec. Doc. 37.
[3] Rec. Doc. 25.
[4] Rec. Doc. 32.

**IT IS FURTHER ORDERED** that *Motion for Antisuit Injunction Pursuant to FRCP Rule 7(B)*[5] be DENIED as moot.

Signed in Baton Rouge, Louisiana on the __22nd__ day of __September__, 2020.

_____

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[5] Rec. Doc. 16.